**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**KRISTON STAGGS and
CALEB S. STAGGS, et.al**

      **Plaintiffs,**

**v.**                  **CIVIL ACTION NOS.:**    **3:23-CV-33 (Staggs)**
                                                  **3:23-CV-66 (CB.N. Knotts)**
                                                  **3:23-CV-28 (C.J. Knotts)**
                                                  **3:23-CV-34 (Tasker)**
                                                   **3:23-CV-77 (Moreland)**
                                                  **3:23-CV-40 (B-O'Malley)**
                                                  **3:23-CV-132 (J.D. Ellison)**
                                                  **3:23-CV-36 (J.C. Virts)**
                                                  **3:23-CV-35 (Tuel)**
                                                  **3:23-CV-27 (Bray)**
                                                  **3:23-CV-39 (M. Virts)**
                                                  **3:23-CV-32 (Smith)**
                                                  **3:23-CV-31 (Shillingburg)**
                                                  **3:23-CV-29 (Lyons)**
                                                  **2:23-CV-05 (J.J. Ellison)**
                                                  **3:23-CV-30 (Pratt)**

**BLACK ROCK WIND FORCE, LLC,**

      **Defendant.**

### ORDER DISMISSING CASES

Because the Court has received notice from the mediator that the parties have reached a settlement in these cases, it is **ORDERED** that these civil actions be, and the same are hereby, **DISMISSED** with prejudice and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within ninety days**.

2

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: July 15, 2024

GINA M. GROH
UNITED STATES DISTRICT JUDGE